Ezra Supply, Inc. v Nationwide Affinity Ins. Co. of Am. (2022 NY Slip Op 22406)

[*1]

Ezra Supply, Inc. v Nationwide Affinity Ins. Co. of Am.

2022 NY Slip Op 22406

Decided on December 9, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the printed Miscellaneous Reports.

Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, CHEREÉ A. BUGGS, JJ

2020-839 K C

Ezra Supply, Inc., as Assignee of Samira Bowens, Respondent, 
against
Nationwide Affinity Ins. Co. of America, Appellant. 

Opinion withdrawn from publication by the State Reporter because it duplicates 
the opinion published at
2022 NY 
Slip Op 22383.